IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 1:07-cv-00103-MP-AK

PAMELA D. WILLIAMS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Notice of Filing, filed by United States of America. In its Notice, the Government requests that Defendant Pamela Williams' Waiver of Service, Doc. 3, which contains a written note, be considered as the Defendant's answer. Since the time for filing an answer has passed, the Court hereby adopts Defendant Williams' waiver and note as her answer to the Government's complaint. Accordingly, the Clerk is directed to enter the standard pretrial scheduling order.

    **DONE AND ORDERED** this   *12th*  day of September, 2007

                                    *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge